# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-00257-01-CR-W-GAF |
| ) | |
| RAMONE N. WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Physical Evidence (doc. 20). Defendant asserts the all evidence obtained from the July 15, 2015 traffic stop should be suppressed based on Fourth Amendment violations.

On March 7, 2016, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing on the motion to suppress. On March 18, 2016, United States Magistrate Judge Larsen issued his Report and Recommendation (doc. #25). On March 24, 2016, Defendant's Objections to Report and Recommendation (doc. #26) were filed.

Upon careful and independent review of the pending motion, defendant's objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Physical Evidence (doc. #20) is OVERRULED and DENIED.

SO ORDERED.

                                                   s/ Gary A. Fenner
                                                   GARY A. FENNER, JUDGE
                                                   UNITED STATES DISTRICT COURT

DATED:  March 28, 2016